IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00312-D

| | |
|---|---|
| CEDRIC O. JOHNSON, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

It is ORDERED that Defendant pay the sum of $370.00 in attorney fees and $400.00 in filing fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to:

> Charles T. Hall Law Firm, P.C.
> Attention: Bethany Hukill, Esq.
> PO Box 10629
> Raleigh, North Carolina 10629

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles T. Hall Law Firm, P.C., and mailed to its office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

Entered this __15__ day of __January__, 2016.

James C. Dever III
United States District Court Judge