UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF NORTH CAROLINA
                       WESTERN DIVISION

CEDRIC O. JOHNSON,                        )
                                          )
            Plaintiff,                    )
                                          )        **JUDGMENT IN A CIVIL CASE**
       v.                                 )
                                          )        **CASE NO. 5:15-CV-312-D**
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security,                          )
                                          )
            Defendant.                    )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay the sum of $370.00 in attorney fees and $400.00 in filing fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 pursuant to the Stipulation of the parties, which the Court finds reasonable.

**This Judgment Filed and Entered on January 21, 2016, and Copies To:**

| | |
|---|---|
| Bethany Morris Hukill | (via CM/ECF Notice of Electronic Filing) |
| George G. Davidson | (via CM/ECF Notice of Electronic Filing) |

DATE:                               JULIE RICHARDS JOHNSTON, CLERK

January 21, 2016                    (By)  /s/ Nicole Briggeman
                                     Deputy Clerk